UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILLIAM  DIGIANNI,                                                                    JUDGMENT
                                                                                                  09-CV- 3653 (RRM)
                                               Plaintiff,

    -against-


ORRICK, HERRINGTON & SUTCLIFFE, LLP;
IRA ROSENSTEIN; LIPMAN & PLESUR, LLP;
and ROBERT LIPMAN,


                                               Defendants.
-------------------------------------------------------------------X

        A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States

District Judge, having been filed on September 16, 2009, dismissing plaintiff's complaint as

frivolous; warning plaintiff that the Court will not tolerate frivolous litigation; ordering that

if plaintiff persists in filing frivolous and/or malicious actions, the Court may enter an order

barring the acceptance of any future complaints for filing without first obtaining leave of the

Court to do so; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

Memorandum and Order would not be taken in good faith; and denying *in forma pauperis*

status for purpose of an appeal; it is

        ORDERED and ADJUDGED that plaintiff's complaint is dismissed as frivolous;

that the Court warns plaintiff that it will not tolerate frivolous litigation; that if plaintiff

persists in filing frivolous and/or malicious actions, the Court may enter an order barring the

acceptance of any future complaints for filing without first obtaining leave of the Court to do

so; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and

Order would not be taken in good faith; and that *in forma pauperis* status is denied for

purpose of an appeal.


Dated:  Brooklyn, New York
             September 16, 2009

                                                                    _____
                                                                    ROBERT C. HEINEMANN
                                                                    Clerk of Court

                                                                    By Terry Vaughn
                                                                    Chief Deputy.